**Jeanne CHEBIB, Appellant,**

v.

**SAMARITAN REGIONAL HEALTH SYSTEM, et al., Appellees.**

No. 03–7124.

United States Court of Appeals, District of Columbia Circuit.

June 8, 2004.

Jeanne Chebib, Washington, DC, pro se.

Erin Stottlemyer Gold, Reminger & Reminger, Cordelia A. Glenn, Department of Law, Cleveland, OH, H. Kenneth Armstrong, Armstrong Donohue Ceppos & Vaughan, Rockville, MD, for Defendants–Appellees.

Before: GINSBURG, Chief Judge, and SENTELLE and RANDOLPH, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed August 13, 2003 be affirmed, as the district court correctly held that personal jurisdiction was lacking and that venue was improper. *See, e.g., International Shoe Co. v. Washington,* 326 U.S. 310, 66 S.Ct. 154, 90 L.Ed. 95 (1945); 28 U.S.C. § 1391. We modify the order, however, to reflect that all of appellant's claims are dismissed without prejudice on the grounds discussed above.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.